JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE HOWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SUTTER HEALTH; SUTTER HEALTH GROUP POLICY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 16-1441-GW(AGRx)<br><br>Honorable George H. Wu<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently With:<br>　- Stipulation to Dismiss Case]<br><br>Complaint Filed: March 1, 2016 |

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36171326v1 0984728

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have jointly requested the Court for an Order dismissing the entire action with prejudice.

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 15, 2016

_____
Honorable George H. Wu
Unites States District Judge

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36171326v1 0984728